| | |
|---|---|
| Case No.   **2:21-cv-02883-SVW (MAA)** | Date:  **June 22, 2021** |
| Title   **Karnell Lawson v. Christopher et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On April 21, 2021, the Court issued an Order Dismissing Complaint with Leave to Amend ("Order").  (Order, ECF No. 6.)  The Court ordered Plaintiff Karnell Lawson ("Plaintiff") to, no later than May 21, 2021, either file a First Amended Complaint ("FAC") or advise the Court that Plaintiff no longer intends to pursue this lawsuit.  (*Id*. at 1, 6.)  The Court cautioned Plaintiff that "**failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**"  (*Id*. at 6.)

On May 4, 2021, the Order was returned to the Court as undeliverable by the U.S. postal service.  (*Id*. at 7.)

Central District of California Local Civil Rule 41-6 states:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. L.R. 41-6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **2:21-cv-02883-SVW (MAA)** | Date: **June 22, 2021** |
| Title **Karnell Lawson v. Christopher et al.** | |

     To date, Plaintiff has not filed a FAC or a Notice of Dismissal of the action, and has not updated his address with the Court. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **July 22, 2021** why the Court should not recommend that the case be dismissed for want of prosecution and for failure to comply with Court orders. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

     **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>
Notice of Dismissal

| | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | JM |