UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:21-cv-02883-SVW (MAA)**                                  Date:  **September 8, 2021**

Title      **Karnell Lawson v. Christopher et al.**

---

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

      On April 21, 2021, the Court issued an Order Dismissing Complaint with Leave to Amend ("Order").  (Order, ECF No. 6.)  The Court ordered Plaintiff Karnell Lawson ("Plaintiff") to, no later than May 21, 2021, either file a First Amended Complaint ("FAC") or advise the Court that Plaintiff no longer intends to pursue this lawsuit.  (*Id*. at 1, 6.)  The Court cautioned Plaintiff that "**failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**"  (*Id*. at 6.)  On May 4, 2021, the Order was returned to the Court as undeliverable by the U.S. postal service.  (*Id*. at 7.)

      On June 22, 2021, the Court ordered Plaintiff to show cause by July 22, 2021 why the Court should not recommend that the case be dismissed for want of prosecution and for failure to comply with Court orders ("OSC").  (OSC, ECF No. 8.)  The OSC stated that if Plaintiff filed a FAC or a Notice of Dismissal on or before July 22, 2021, the OSC be discharged, and no additional action need be taken.  (*Id*.)  The OSC advised Plaintiff "**that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1**."  (*Id.*)

      On June 30, 2021, Plaintiff submitted a notice of change of address to the Court.  (ECF No. 9.)  In light of Plaintiff's notice of change of address, on July 9, 2021, the Court issued an order directing the Clerk to send Plaintiff the Order and sua sponte extending Plaintiff's deadline to file a FAC to August 9, 2021.  (ECF No. 10.)  The Court advised Plaintiff that "**failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to**

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:21-cv-02883-SVW (MAA)**                                    Date:  **September 8, 2021**

Title     **Karnell Lawson v. Christopher et al.**

**prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1**." (*Id*. at 2.)

      To date, Plaintiff has not filed a FAC or a Notice of Dismissal of the action.  (A Notice of Dismissal form is attached to this order.)  Plaintiff is **ORDERED TO SHOW CAUSE** by **October 8, 2021** why the Court should not recommend that the case be dismissed for want of prosecution and for failure to comply with Court orders.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

      **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

      It is so ordered.

<u>Attachment</u>
Notice of Dismissal