UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:21-cv-02883-SVW (MAA)** | Date: **February 18, 2022** |
| Title | **Karnell Lawson v. Christopher et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On December 16, 2021, the Court issued an Order Dismissing First Amended Complaint with Leave to Amend ("Order"). (Order, ECF No. 15.) The Court ordered Plaintiff Karnell Lawson ("Plaintiff") to, no later than January 17, 2021, either file a Second Amended Complaint ("SAC") or advise the Court that Plaintiff no longer intends to pursue this lawsuit. (*Id*. at 2.) The Court cautioned Plaintiff that "**failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**" (*Id*.)

To date, Plaintiff has not filed a SAC or a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **March 21, 2022** why the Court should not recommend that the case be dismissed for want of prosecution and for failure to comply with Court orders. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a SAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment: Notice of Dismissal