JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARNELL LAWSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHRISTOPHER et al.,<br><br>                    Defendants. | Case No. 2:21-cv-02883-SVW (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:   April 25, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE